IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JACOBY SANCHEZ KEY

CRIMINAL CASE NO.
1:18-CR-0416-SCJ

### ORDER

This matter is before the Court for consideration of the Reports and Recommendations of Magistrate Judge Alan J. Baverman [Doc. No. 25], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Suppress Evidence and Statements [Doc. No. 13] is hereby **DENIED**.

**IT IS SO ORDERED** this 15th day of July, 2019.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE